Opinion on Rehearing

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6986**

---

LEVERN HENRY,

Petitioner - Appellant,

versus

RICKIE HARRISON, Warden of Kershaw Correction-
al Institution; CHARLES M. CONDON, Attorney
General of the State of South Carolina,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Joseph F. Anderson, Jr., District
Judge.  (CA-98-892-0-17-BD)

---

Submitted:  February 25, 1999          Decided:  March 8, 1999

---

Before HAMILTON, WILLIAMS, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Levern Henry, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Levern Henry appeals from the district court's orders dismissing for failure to exhaust state remedies, his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998) and denying his motions for reconsideration. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Henry v. Harrison, No. CA-98-892-0-17-BD (D.S.C. May 18, 1998; June 1 & 17, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED